## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

**DARRYLE POLLARD,**

    Plaintiff,

-vs-                                    CASE NO. 1:18-cv-404
                                                  HON. GORDON J. QUIST

**CITY OF MUSKEGON HEIGHTS,**
**BRANDON M. DEKUIPER,**
**MICHAEL T. EDENS, and**
**MICHAEL M. RATLIFF,**
**in their individual and official capacities,**

    **Defendants.**

| CHRISTOPHER TRAINOR & ASSOCIATES | PLUNKETT COONEY |
|---|---|
| CHRISTOPHER J. TRAINOR (P42449) | MICHAEL S. BOGREN (P34835) |
| SHAWN C. CABOT (P64021) | Attorney for Defendants |
| Attorneys for Plaintiff | 950 Trade Centre Way, Ste. 310 |
| 9750 Highland Road | Kalamazoo, MI 49002 |
| White Lake, MI 48386 | 269-226-8822 |
| (248) 886-8650 | 269-382-2506-fax |
| (248) 698-3321-fax | mbogren@plunkettcooney.com |
| shawn.cabot@cjtrainor.com | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS CITY OF MUSKEGON HEIGHTS, BRANDON M. DEKUIPER, MICHAEL T. EDENS, AND MICHAEL M. RATLIFF'S AFFIRMATIVE DEFENSES AND PROOF OF SERVICE**

**NOW COMES** Plaintiff, **DARRYLE POLLARD,** by and through his attorneys, TRAINOR & ASSOCIATES, and hereby denies each and every one of Defendant's Affirmative Defenses either previously or hereinafter filed, and specifically leaves each Defendant to their proofs of every affirmative defense.

> Respectfully Submitted,
> CHRISTOPHER TRAINOR & ASSOCIATES
>
> **s/Shawn C. Cabot**
> CHRISTOPHER J. TRAINOR (P42449)
> SHAWN C. CABOT (P64021)
> Attorneys for Plaintiff
> 9750 Highland Road
> White Lake, MI 48386
> (248) 886-8650
> shawn.cabot@cjtrainor.com

Dated: May 11, 2018
SCC/sls

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: *all attorneys of record*, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: ***None.***

s/ Shawn C. Cabot (P64021)
9750 Highland Road
White Lake, MI 48386
Phone: (248) 886-8650
shawn.cabot@cjtrainor.com