# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:18-cv-00404-GJQ | 6/04/2018 | 11:01 - 11:29 AM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Pollard v. City of Muskegon Heights et al |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Shawn Christopher Cabot<br><br>(By Telephone) | Plaintiff |
| Lisa Hall | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:**

Rule 16 Scheduling Conference Held; CMO to issue.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema