UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYLE POLLARD,

    Plaintiff,                                             Case No. 1:18-cv-00404-GJQ-PJG

v.                                                      HON. GORDON J. QUIST

CITY OF MUSKEGON HEIGHTS,
BRANDON M. DEKUIPER,
MICHAEL T. EDENS, and
MICHAEL M. RATLIFF,
In their individual and official capacities,

    Defendants.
_____

| | |
|---|---|
| Christopher J. Trainor (P42449) | Michael S. Bogren (P34835) |
| Shawn C. Cabot (P64021) | Robert A. Callahan (P46700) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| CHRISTOPHER TRAINOR & ASSOCIATES | PLUNKETT COONEY |
| 9750 Highland Road | 950 Trade Centre Way, Suite 310 |
| White Lake, Michigan  48386 | Kalamazoo, Michigan  49002 |
| (248-886-8650) | (269-226-8822) |
| Shawn.chabot@cjtrainor.com | mbogren@plunkettcooney.com |

**PROOF OF SERVICE**

      Robert A. Callahan, Attorney in the Law Firm of PLUNKETT COONEY says that on the 14th day of September, 2018, I electronically filed ***Proof of Service*** with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record, and I certify that my secretary has mailed ***Defendants' First Set of Interrogatories and Requests to Produce Directed to Plaintiff and Defendants' Expert Interrogatories Directed to Plaintiff*** by U.S. Postal Service to the attorneys of record addressed to their last known address as follows:

Christopher J. Trainor, Esq.
Shawn C. Cabot, Esq.
CHRISTOPHER TRAINOR & ASSOCIATES
9750 Highland Road
White Lake, Michigan  48386

                                                                /s/ Robert A. Callahan
                                                                Robert A. Callahan