UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYLE POLLARD,

    Plaintiff,

v.

CITY OF MUSKEGON HEIGHTS,
BRANDON M. DEKUIPER,
MICHAEL T. EDENS, and
MICHAEL M. RATLIFF,
In their individual and official capacities,

    Defendants.

Case No. 1:18-cv-00404-GJQ-PJG

HON. GORDON J. QUIST

---

| | |
|---|---|
| Christopher J. Trainor (P42449)<br>Shawn C. Cabot (P64021)<br>Attorneys for Plaintiff<br>CHRISTOPHER TRAINOR & ASSOCIATES<br>9750 Highland Road<br>White Lake, Michigan 48386<br>(248-886-8650)<br>Shawn.cabot@cjtrainor.com | Michael S. Bogren (P34835)<br>Robert A. Callahan (P47600)<br>Attorneys for Defendants<br>PLUNKETT COONEY<br>950 Trade Centre Way, Suite 310<br>Kalamazoo, Michigan 49002<br>(269-226-8822)<br>mbogren@plunkettcooney.com<br>rcallahan@plunkettcooney.com |

**STIPULATED ORDER TO EXTEND DEADLINES**
**ESTABLISHED IN CASE MANAGEMENT ORDER**

NOW COME the parties, by and through their attorneys, hereby stipulate and agree to the following:

The parties have the need for additional discovery, including depositions of individuals whose identities were disclosed during recent depositions. Defendants also have the need to obtain medical and social security records of Plaintiff.

**IT IS HEREBY ORDERED** the Case Management Order, dated June 6, 2018, be amended as follows:

- Discovery to be completed by **April 15, 2019;**

- Dispositive motions to be filed by **May 15, 2019**

- This extension will not change the date for the Settlement Conference scheduled for August 15, 2019 and Final Pretrial Conference scheduled for September 25, 2019.

**IT IS SO ORDERED.**

Dated: March 14, 2019              /s/ Gordon J. Quist
                                                JUDGE

Approved as to form and content:

Dated: March 13, 2019              Shawn C. Cabot (with permission)
                                                Shawn C. Cabot (P64021)
                                                Attorney for Plaintiff

Dated: March 13, 2019              Robert A. Callahan (P47600)
                                                Attorney for Defendants

Open.00560.81626.21612492-1

2