UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**DARRYLE POLLARD,**

    Plaintiff,

-vs-                                      CASE NO. 1:18-cv-404
                                          HON. GORDON J. QUIST

**CITY OF MUSKEGON HEIGHTS,**
**BRANDON M. DEKUIPER,**
**MICHAEL T. EDENS, and**
**MICHAEL M. RATLIFF,**
in their individual and official capacities,

    **Defendants.**

| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>SHAWN C. CABOT (P64021)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650<br>(248) 698-3321-fax<br>shawn.cabot@cjtrainor.com | PLUNKETT COONEY<br>MICHAEL S. BOGREN (P34835)<br>ROBERT S. CALLAHAN (P47600)<br>Attorney for Defendants<br>950 Trade Centre Way, Ste. 310<br>Kalamazoo, MI 49002<br>269-226-8822<br>269-382-2506-fax<br>mbogren@plunkettcooney.com<br>rcallahan@plunkettcooney.com |
|---|---|

## STIPULATED ORDER TO EXTEND DEADLINES

    **NOW COME** the parties, by and through their attorneys, and hereby stipulate and agree to the following:

    The parties have need for additional discovery, including depositions of fact witnesses and the need to try additional attempts at serving fact witnesses who were supposed to appear at depositions on April 12, 2019, but could not be properly and timely served.

    **IT IS HEREBY ORDERED** that discovery will be completed by May 15, 2019;

    **IT IS FURTHER ORDERED** that Dispositive Motions are to be filed by June 15, 2019;

The extension will not change the date for the Settlement Conference scheduled for August 15,

2019; and the Final Pretrial Conference scheduled for September 25, 2019.

**IT IS SO ORDERED.**

Dated:   April 16, 2019                                        /s/ Gordon J. Quist
                                                               HONORABLE GORDON J. QUIST

Approved as to form and content:

Dated:  April 15, 2019                          **/s/ Shawn C. Cabot**
                                                Shawn C. Cabot (P64021)
                                                Attorney for Plaintiff

Dated:  April 15, 2019                          **/s/ Robert A. Callahan—with consent**
                                                Robert A. Callahan (P47600)
                                                Attorney for Defendants