# EXHIBIT I

# MUSKEGON HEIGHTS POLICE DEPARTMENT
## COMPLAINT AGAINST POLICE OFFICER

COMPLAINT NUMBER: _____ NATURE OF COMPLAINT: _____

COMPLAINANT

NAME: Darryle Pollard

ADDRESS: 126 Delaware AV

PHONE: 231-736-2107

DOB 6-18-63   (Home)                                   (Work)

Briefly state the nature of the complaint: I got There AND walked in the side Door AND officer stop me and my Daughters Boy Friend was at the Top of stairs. he said old mother Fucker what the Fuck you Doing here. AND I said you Fucking with my Daughter loud Thats when the officers grabed me Rush me out the back Door slam me in to truck and to the house. twist my arms I told them I just had Surgery But They Did Not care.   (Use Additional Sheet If Necessary)

Signature of Complainant: Darryle Pollard

Date of Complaint: 4-20-2016    Time of Complaint: 10:30

Officer(s) Involved:                         Witnesses/Addresses:

1. 3 or 4                                    1. _____
2. _____                                2. _____
3. _____                                3. _____

### FORM TO BE SUBMITTED TO OFFICE OF CHIEF OF POLICE

This form is considered an official police report


DEPOSITION EXHIBIT

FORM PD3 09-20-04