# EXHIBIT B

| | | |
|---|---|---|
| 1 | Q | Okay. Did you go into the side door of the house? |
| 2 | A | The one adjacent to the driveway? |
| 3 | Q | Yes. |
| 4 | A | Yes. |
| 5 | Q | And when you went in the side door of the house what type of |
| 6 | | area did you step into? |
| 7 | A | It would have been a hallway leading downstairs to the |
| 8 | | basement with steps leading up to the kitchen. |
| 9 | Q | Okay. Was it a hallway or like a mudroom? I guess a |
| 10 | | hallway gives me the impression it was real long and big. |
| 11 | | If you can give me an estimate of the size. |
| 12 | A | If I recall right, when you walk in it's like 3 1/2 feet, |
| 13 | | roughly, with stairs leading downwards, and then off to my |
| 14 | | left there was stairs going to the kitchen. There was like |
| 15 | | a place where you -- I guess if you want to call it a |
| 16 | | mudroom where you put your shoes. |
| 17 | Q | Like 3 1/2 feet square, it sounds like? |
| 18 | A | Yeah. |
| 19 | Q | Okay. Stairs that went downstairs, stairs that go up to the |
| 20 | | kitchen? |
| 21 | A | Yes. |
| 22 | Q | And how many stairs went up to the kitchen about? |
| 23 | A | Four or five, I think. |
| 24 | Q | Okay. And when you got into this mudroom I want to know who |
| 25 | | you saw and where they were at in relationship to you. |

```
 1              did anybody else say anything?
 2    A         Not that I recall.  I mean -- I don't know.
 3    Q         Okay.  So he comes in and does he ask to see his daughter in
 4              like a normal, "Hey, can I see my daughter?"
 5    A         I believe so.
 6    Q         Okay.  Nothing threatening to you, was it?
 7    A         Not -- no.
 8    Q         Okay.  And so he asks to see his daughter.  You don't
 9              remember anybody saying anything.  So with that I have to
10              ask the question did you tell him to get out of the house?
11              Did you tell him if you could pat him down?
12    A         At that point he came in, asked to see his daughter.  I
13              remember after that the next thing I know him and Mr.
14              Collins -- right?  Correct?
15    Q         Yes.
16    A         -- were engaged in a verbal argument.
17    Q         Okay.  So let's try to dissect it, because I find sometimes
18              when we dissect it, it helps jog your memory.
19    A         Uh-huh.
20    Q         So you're right at the door when he comes in.  Does he cross
21              the threshold of that door when he says, "Can I see my
22              daughter," or does he say it kind of still on the outside?
23    A         I can't recall.
24    Q         Okay.  Fair enough. Did anybody -- did any officer respond
25              to his question?  No, you can't; yes, you can; get out of
```

Page 30

Case 1:18-cv-00404-GJQ-PJG   ECF No. 47-3 filed 07/26/19   PageID.300   Page 4 of 8

Michael T. Edens                                    February 27, 2019
Darryle Pollard vs.                           City of Muskegon Heights, et al

```
 1   Q   Okay.  What happened next?
 2   A   At that point Mr. Pollard then, to my recollection,
 3       pushed -- tried to release -- yeah, pushed Officer DeKuiper
 4       out of the way in an attempt to go after Mr. Collins.
 5   Q   Now so at some point you allowed Mr. Pollard to get in front
 6       of you?
 7   A   Yes.
 8   Q   Did you tell him to ever get behind you or get back?
 9   A   Once he started yelling I told him to stop and to leave.
10   Q   Okay.
11   A   Along those words.  I don't know exactly what I said.
12   Q   But when he moved past you, you didn't try to stop him
13       initially, did you?
14   A   No.
15   Q   Okay.
16   A   It was more of the fact of I was standing in the door, he
17       came up, I kind of stepped out of his way so he could kind
18       of enter the house a little bit.  So I was basically
19       standing more I guess you want to say closer to the
20       downstairs part and then he was there.
21   Q   Sure.
22   A   Like, I don't know, in the corner with me and behind him or
23       next to him would have been the stairs.
24   Q   Okay.  And even with all of that you never even went for
25       your weapon, did you?
```

Page 34

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Okay. And then you said he pushed DeKuiper? |
| 3 | A | Yes, if I recall right. |
| 4 | Q | So how does that happen? Like do you -- first of all, let's |
| 5 | | take it step-by-step. Is DeKuiper on the step or is he |
| 6 | | still on the mudroom floor? |
| 7 | A | I was on the floor. Officer DeKuiper was on the step. I |
| 8 | | don't know which step. I just know he was on the stairs. |
| 9 | Q | And Ratliff was on a step above him? |
| 10 | A | Yes. |
| 11 | Q | All right. And so how does he push DeKuiper? Like with his |
| 12 | | hands, or does he like -- is he trying to go up the stairs |
| 13 | | and he brushes him with his shoulder? |
| 14 | A | To me it looked like he was trying to like get him out of |
| 15 | | the way. Like push him up against the wall. |
| 16 | Q | Okay. So you're motioning with your hands -- |
| 17 | A | Yes. |
| 18 | Q | -- as if to suggest -- |
| 19 | A | I don't know how to describe it. |
| 20 | Q | Right. And I'm going to help you, because she can't take |
| 21 | | down the motions. |
| 22 | A | Right. I know we don't have a camera in here. |
| 23 | Q | So according to your description -- your attorney will |
| 24 | | correct me if I'm wrong -- your belief is that Mr. Pollard |
| 25 | | was taking his hands in a sweeping/pushing motion as if to |

Page 35

Michael T. Edens  
Darryle Pollard vs.  

February 27, 2019  
City of Muskegon Heights, et al

```
 1   A    I can't recall.
 2   Q    Okay.  What about Ratliff?  What did he -- did he escort,
 3        too?
 4   A    Yeah, he assisted.  And then by the time Mr. Pollard -- we
 5        got Pollard outside.
 6   Q    Okay.  Hold on.  So Ratliff and DeKuiper physically get
 7        Pollard out of the mudroom to outside; is that correct?
 8   A    If I recall right, it was mainly Officer DeKuiper first.
 9   Q    Okay.  Did Ratliff have hands on Pollard at that point?
10   A    I want to -- my recollection is right when he got outside he
11        helped Officer DeKuiper put him in cuffs.
12   Q    Okay.  Well, let's go step-by-step.  Once -- so it sounds
13        like DeKuiper and Pollard would be the first two people out
14        of the mudroom?  Outside?  Is that --
15   A    I believe so.
16   Q    Okay.  Followed quickly by Ratliff and then you?  Is that
17        the sequence?
18   A    I would say -- I would like to say yes but, again, I can't
19        remember if I was already outside or I stepped aside in the
20        mudroom.
21   Q    Okay.  Once DeKuiper and Pollard are outside what
22        immediately happens once their feet touch the outside of
23        that mudroom?  Do they go somewhere or does something --
24   A    They stayed right outside the door.
25   Q    And when you say "stayed right outside the door" are you
```

Page 38

Michael T. Edens
Darryle Pollard vs.

February 27, 2019
City of Muskegon Heights, et al

```
 1        meaning within arm's reach?  They could touch that door?
 2   A    I wouldn't say within arm's reach, but probably within a
 3        good proximity.  5 feet or so.
 4   Q    And you don't remember if there was a vehicle in the
 5        driveway?
 6   A    Not that I recall.
 7   Q    Okay.  What happens in the driveway?  Because that's where
 8        you go once you exit that side door, right?
 9   A    Yes.
10   Q    You're in a driveway.  Okay.  So within seconds it sounds
11        like you, Ratliff, and DeKuiper are outside in that
12        driveway?
13   A    Yes.
14   Q    Okay.  Does anybody else come out in the minute or two
15        after, or is it the three of you?
16   A    At that time it's just the four of us if you want to include
17        Mr. Pollard.
18   Q    Oh, Mr. Pollard.  All right.  What happens next?
19   A    Officer DeKuiper and Officer Ratliff were able to detain Mr.
20        Pollard in handcuffs.
21   Q    Okay.  Do you assist in that?
22   A    No.
23   Q    Okay.  If you would have seen Mr. Pollard being a threat to
24        your partners or doing anything that you thought that would
25        injure them you would certainly intervene on their behalf,
```

Page 39

Great Lakes Shorthand, P.O. Box 2002, Grand Rapids, Michigan  49501                    ©
(800) 234-2044   (888) FAX-6776   gls@greatlakesshorthand.com   www.greatlakesshorthand.com

Case 1:18-cv-00404-GJQ-PJG   ECF No. 47-3 filed 07/26/19   PageID.304   Page 8 of 8

Michael T. Edens								February 27, 2019
Darryle Pollard vs.							City of Muskegon Heights, et al

```
 1        wouldn't you?
 2   A    Yes.
 3   Q    You didn't see any of that, did you?
 4   A    No.
 5   Q    So DeKuiper and Ratliff are detaining Mr. Pollard.  How does
 6        that happen?  What do you see?
 7   A    Them escorting him outside and, you know, telling him to put
 8        his hands behind his back, and the next thing you know he
 9        was cuffed.  I mean, it wasn't -- it was a very short time.
10   Q    Okay.  So they take him outside.  The three officers and
11        Pollard are in the driveway.  They tell him to put his hands
12        behind his back.  Does he comply?
13   A    I would say yes at that point.
14   Q    Okay.  And do they put hands behind his back to cuff him?
15   A    Yes.
16   Q    Okay.  You didn't see Mr. Pollard resist at that point, did
17        you, to be handcuffed?
18   A    All I -- there was like a slight shuffle.  I don't know if
19        it was because the hands are-- getting the hands behind the
20        back was a little tough.  But other than that it was -- like
21        I said, it was real quick and the next thing you know he was
22        cuffed and that was the end of it.
23   Q    None of your partners asked for assistance to cuff him, did
24        they?
25   A    No.  I -- just them two.  They were handling it
```

Page 40