# EXHIBIT C

Case 1:18-cv-00404-GJQ-PJG   ECF No. 47-4 filed 07/26/19   PageID.306   Page 2 of 6

Michael M. Ratliff                                      February 27, 2019
Darryle Pollard vs.                              City of Muskegon Heights, et al

```
 1       mudroom.  Does any officer say, "Who are you?  Leave."
 2       What's the first thing that's said?
 3   A   I don't remember.  I remember him wanting to talk to his
 4       daughter.
 5   Q   Okay.  So he comes in and he says something about wanting to
 6       talk to his daughter?
 7   A   Uh-huh.
 8   Q   Is that a yes?
 9   A   Yes.
10   Q   And what did that indicate to you as far as Mr. Pollard and
11       the only female in the house?
12   A   What do you mean what did that indicate?
13   Q   Did that indicate that that was his daughter?
14   A   I assumed, yes.
15   Q   Okay.  And when he said that did he sound like a concerned
16       dad?
17   A   Yes.
18   Q   Okay.  Nothing violent about it, nothing that caused you
19       alarm to make you kind of ease your hands towards your gun,
20       right?
21   A   No.
22   Q   Okay.  So he says something about talking to the daughter.
23       What response, if any, was given next?  Like did an officer
24       say, "No, get out," or did something else happen?
25   A   We told him just to wait.
```

Page 22

| | | |
|---|---|---|
| 1 | Q | Okay. Who told him to wait? |
| 2 | A | I don't remember. |
| 3 | Q | Now was it more than one officer that told him to wait or |
| 4 | | just one? |
| 5 | A | I don't remember. |
| 6 | Q | Did they tell him to wait outside or did they just tell him |
| 7 | | to wait? |
| 8 | A | I believe wait outside. |
| 9 | Q | Okay. Are you certain? |
| 10 | A | I'm not certain, no. |
| 11 | Q | Okay. Definitely heard the word "wait"? |
| 12 | A | Uh-huh. |
| 13 | Q | Is that a yes? |
| 14 | A | Yes. |
| 15 | Q | Okay. Don't know if they said to go outside, but you heard |
| 16 | | "wait," correct? |
| 17 | A | Correct. |
| 18 | Q | All right. Does he say, "No, I'm not leaving"? Did he say |
| 19 | | that? |
| 20 | A | I don't remember. |
| 21 | Q | Okay. Did he respond to the instruction to wait? |
| 22 | A | I remember him trying to just walk past through Officer |
| 23 | | DeKuiper and myself. |
| 24 | Q | And you used the verb "walk." He didn't rush the officers, |
| 25 | | did he? |

Page 23

Case 1:18-cv-00404-GJQ-PJG   ECF No. 47-4 filed 07/26/19   PageID.308   Page 4 of 6

Michael M. Ratliff                                          February 27, 2019
Darryle Pollard vs.                                City of Muskegon Heights, et al

| | | |
|---|---|---|
| 1 | Q | I'm sorry, you were or you weren't? |
| 2 | A | We were. |
| 3 | Q | Both of you? |
| 4 | A | All three of us. |
| 5 | Q | You, Pollard, and DeKuiper? |
| 6 | A | Yes. |
| 7 | Q | Thrown off balance. And did you fall? |
| 8 | A | We -- we hit the house at one point. |
| 9 | Q | Okay. So you hit the side of the house by -- the side of the house where the door is at? |
| 11 | A | Yes. |
| 12 | Q | You didn't hit the door but you hit the house? |
| 13 | A | Yes. |
| 14 | Q | Okay. And did Mr. Pollard's body come in contact with the house? |
| 16 | A | They all did. |
| 17 | Q | Okay. So all three of you? |
| 18 | A | Right. |
| 19 | Q | Okay. All three of you hit the house? |
| 20 | A | Uh-huh. |
| 21 | Q | Is that a yes? |
| 22 | A | Yes. |
| 23 | Q | And then what happens? Then did you all lose your balance and go to the ground? |
| 25 | A | Then we hit the truck behind us. |

Page 32

Michael M. Ratliff  
Darryle Pollard vs.  
February 27, 2019  
City of Muskegon Heights, et al

| | | |
|---|---|---|
| 1 | Q | Okay. |
| 2 | A | And then we were able to at that point secure him in cuffs. |
| 3 | Q | And was there an effort by the officers to get him toward |
| 4 | | the house? |
| 5 | A | No.  It's just -- no. |
| 6 | Q | Was there an effort to get him to make contact with the |
| 7 | | truck by the officers? |
| 8 | A | No. |
| 9 | Q | So you're saying it just kind of happened? |
| 10 | A | Yup. |
| 11 | Q | Okay.  In your opinion, was the force that you all hit the |
| 12 | | truck with enough to put a dent in it? |
| 13 | A | No. |
| 14 | Q | Okay.  So it sounds almost -- it sounds kind of like a |
| 15 | | pinball machine. |
| 16 | A | Uh-huh. |
| 17 | Q | So you go outside, you claim you're struggling by pulling |
| 18 | | his arms away, you hit the house, all three of you, then you |
| 19 | | kind of ping pong off, and then you hit the truck? |
| 20 | A | Yes. |
| 21 | Q | Do all three of you hit the truck or just Mr. Pollard? |
| 22 | A | I don't remember. |
| 23 | Q | Okay.  Did Mr. Pollard hit the truck at a minimum? |
| 24 | A | Yeah, probably. |
| 25 | Q | Okay.  And then is he -- is his body maintained against the |

Great Lakes Shorthand, P.O. Box 2002, Grand Rapids, Michigan  49501      ©  
(800) 234-2044   (888) FAX-6776   gls@greatlakesshorthand.com   www.greatlakesshorthand.com

Michael M. Ratliff  
Darryle Pollard vs.  
February 27, 2019  
City of Muskegon Heights, et al

```
 1        truck while he's handcuffed or how does the handcuffing then
 2        occur?
 3   A    Yes.  His body was facing the truck and then --
 4   Q    So his stomach was facing the truck?
 5   A    Yes.  Yes, sir.
 6   Q    And were officers applying pressure to keep him against the
 7        truck or was he facing the truck on his own free will at
 8        that point or don't you know?
 9   A    I don't remember.
10   Q    Okay.  At the point you're at the truck any problems getting
11        him handcuffed?
12   A    No.
13   Q    Okay.  Who handcuffs him?
14   A    I did.
15   Q    Okay.  On your own?
16   A    Yes.  Well, Officer DeKuiper was still like holding his arms
17        assisting, but I cuffed him.
18   Q    Okay.  But he didn't pull them away from you at that point?
19   A    Mr. Pollard?
20   Q    Yeah.
21   A    No.
22   Q    And you were able to cuff both arms by yourself?
23   A    Yes.
24   Q    And where is Edens?
25   A    I really don't remember.
```

Page 34

Great Lakes Shorthand, P.O. Box 2002, Grand Rapids, Michigan  49501           ©
(800) 234-2044    (888) FAX-6776    gls@greatlakesshorthand.com    www.greatlakesshorthand.com