# EXHIBIT K

Scott Sinclair

24

1  Q. Okay. And were they both standing in that area?
2  A. Yes.
3  Q. Okay. What happens next?
4  A. Officer Kuklewski is in the dining room talking to the
5     female, I'm in the kitchen talking to the male, Officer
6     Dekuiper and Ratliff were on the landing, they're at the
7     back entry door, Mr. Pollard comes through and he tries to
8     push passed Officer Dekuiper.
9  Q. Okay. I'm going to stop you there. Prior to him coming
10    through, so meaning he opens up the door and comes into
11    the landing, right, is that what you mean by coming
12    through?
13 A. Walking through the doorway.
14 Q. Okay. Prior to him walking through the doorway, do you
15    hear him or any yelling or hollering outside prior to you
16    seeing him coming through the door?
17 A. Not that I remember. Al the yelling started when he tried
18    to push passed Brandon and try to make it into the house.
19 Q. Okay. So where are Dekuiper and Ratliff generally
20    standing in this entryway when Mr. Pollard comes in?
21 A. If I remember correctly, Officer Dekuiper is standing in
22    the doorway facing up the steps, but also kind of half in
23    and out of the door.
24 Q. Okay. So the doors kind of open and he's kind of standing
25    between the landing and the door, but the doors open?