# EXHIBIT L

## Cory Kuklewski

30

1  Q. Okay.  And then you wrote you held onto the arm or arms of

2     Darryle Pollard who continued to resist the three

3     officers.  How was he continuing to resist?  What was he

4     physically doing that you saw?

5  A. I don't know if I wrote he continued to resist, but he

6     wasn't letting the officers put handcuffs on him.

7  Q. Okay.  But you don't remember what he was doing to not

8     allow that?

9  A. If I'm trying to hold onto the arms, he must have been

10    trying to pull away.

11  Q. Okay.  Do you have a distinct recollection of that or are

12    you just assuming that?

13  A. Assuming from being a police officer for awhile, that

14    that's generally what people do when they don't want to

15    get handcuffed.

16  Q. Okay.

17  A. They pull their arms away.

18  Q. All right.  Did you ever hear any officer to tell him stop

19    resisting?

20  A. I can't recall.

21  Q. Okay.  Did you assist in the handcuffing process?

22  A. I don't recall.

23  Q. Okay.  Did you ever see Mr. Pollard taken to the ground?

24  A. No.

25  Q. As an officer on the scene, did you see any reason to have

**Cory Kuklewski**

30

1   Q. Okay.  And then you wrote you held onto the arm or arms of

2       Darryle Pollard who continued to resist the three

3       officers.  How was he continuing to resist?  What was he

4       physically doing that you saw?

5   A. I don't know if I wrote he continued to resist, but he

6       wasn't letting the officers put handcuffs on him.

7   Q. Okay.  But you don't remember what he was doing to not

8       allow that?

9   A. If I'm trying to hold onto the arms, he must have been

10      trying to pull away.

11  Q. Okay.  Do you have a distinct recollection of that or are

12      you just assuming that?

13  A. Assuming from being a police officer for awhile, that

14      that's generally what people do when they don't want to

15      get handcuffed.

16  Q. Okay.

17  A. They pull their arms away.

18  Q. All right.  Did you ever hear any officer to tell him stop

19      resisting?

20  A. I can't recall.

21  Q. Okay.  Did you assist in the handcuffing process?

22  A. I don't recall.

23  Q. Okay.  Did you ever see Mr. Pollard taken to the ground?

24  A. No.

25  Q. As an officer on the scene, did you see any reason to have