# EXHIBIT R

Case 1:18-cv-00404-GJQ-PJG   ECF No. 47-19 filed 07/26/19   PageID.409   Page 1 of 2



Dr. Joseph E. Thomas, Jr.
Chief of Police
Muskegon Heights Police Department
2715 Baker Street, Muskegon Heights, Michigan 49444
231-733-8900

July 18, 2016

Darryl Pollard
126 Delaware Avenue
Muskegon, MI 49442

Re:   Complaint #2016-01492

Dear Mr Pollard:

I have had an opportunity to review the above complaint. I have also read the written statements of Officer Eden, Officer DeKuiper, Officer Ratliff and Commanders Sinclair and Petty who investigated this incident. I found that the Officers acted well within the scope of their authority. Therefore, this matter is closed and the officers are exonerated.

There is a close correlation between your complaint and the officers' reports. The major difference is your perception of what happened and why it happened.

It is the policy of the Muskegon Heights Police Department to be sensitive and courteous to all citizens and in return we ask that you be understanding of the needs of the officers to perform their duties.

If you have any questions, please feel free to contact me.

Sincerely,

Dr. Joseph E. Thomas, Jr.
Chief of Police

JET/ag