UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYLE POLLARD,

    Plaintiff,

v.

CITY OF MUSKEGON HEIGHTS,
BRANDON M. DEKUIPER,
MICHAEL T. EDENS, and
MICHAEL M. RATLIFF,

    Defendants.

Case No. 1:18-CV-404

HON. GORDON J. QUIST

## ORDER

Pending resolution of Defendants' Motion For Summary Judgment (ECF No. 42), the September 25, 2019, final pretrial conference is **ADJOURNED WITHOUT DATE**.

    **IT IS SO ORDERED**.

Dated: September 9, 2019

        /s/ Gordon J. Quist
        GORDON J. QUIST
        UNITED STATES DISTRICT JUDGE