UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYLE POLLARD,

    Plaintiff,

v.                               Case No. 1:18-CV-404

CITY OF MUSKEGON HEIGHTS,       HON. GORDON J. QUIST
BRANDON DEKUPER,
MICHAEL T. EDENS, and
MICHAEL M. RATLIFF,

    Defendants.
_____/

## ORDER SETTING FINAL PRETRIAL CONFERENCE AND JURY TRIAL

Jury selection and trial is scheduled before The Honorable Gordon J. Quist on **December 10, 2019, at 8:30 AM**, Courtroom 499, Ford Federal Building, 110 Michigan, NW, Grand Rapids, Michigan. Counsel and the parties shall be present in the courtroom at 8:30 AM to address preliminary matters.

A final pretrial conference is scheduled before The Honorable Gordon J. Quist on **December 3, 2019, at 2:00 PM**, 482 Ford Federal Building, 110 Michigan, NW, Grand Rapids, Michigan.

The parties shall refer to the Case Management Order (ECF No. 14) filed in this case regarding final pretrial and trial filing instructions and information.

Dated: November 5, 2019                          /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                 UNITED STATES DISTRICT JUDGE