UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYLE POLLARD,
    Plaintiff,                                    Case No.  1:18-cv-00404-GJQ-PJG
v.                                                 HON.  GORDON J. QUIST

CITY OF MUSKEGON HEIGHTS,
BRANDON M. DEKUIPER,
MICHAEL T. EDENS, and
MICHAEL M. RATLIFF,
In their individual and official capacities,
    Defendants.
_____

| Christopher J. Trainor (P42449) | Michael S. Bogren (P34835) |
|---|---|
| Shawn C. Cabot (P64021) | Robert A. Callahan  (P47600) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| CHRISTOPHER TRAINOR & ASSOCIATES | PLUNKETT COONEY |
| 9750 Highland Road | 333 Bridge St., NW, Suite 530 |
| White Lake, Michigan   48386 | Grand Rapids, MI  49504 |
| (248-886-8650) | (616)  752-4600 |
| Shawn.cabot@cjtrainor.com | mbogren@plunkettcooney.com |
| | rcallahan@plunkettcooney.com |

**NOTICE OF CHANGE OF ADDRESS**

       Please be advised Plunkett Cooney's Kalamazoo office has merged with the Grand Rapids office.  Our new address is 333 Bridge St., NW, Suite 530, Grand Rapids, Michigan 49504.  The phone number for the main line is (616) 752-4600.  My direct dial and email address will stay the same.

Dated:  November 15, 2019        Respectfully submitted,

                                              PLUNKETT COONEY

                                              By: /s/ Robert A. Callahan
                                                  Robert A. Callahan (47600)
                                                  Attorney for Defendants
                                                  333 Bridge St., NW, Suite 530
                                                  Grand Rapids, MI  49504
                                                  DD: (269)  226-8856