UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYLE POLLARD,

    Plaintiff,

v.

CITY OF MUSKEGON HEIGHTS,
BRANDON M. DEKUIPER,
MICHAEL T. EDENS, and
MICHAEL M. RATLIFF,
In their individual and official capacities,

    Defendants.

Case No.  1:18-cv-00404-GJQ-PJG

HON.  GORDON J. QUIST

_____

| Christopher J. Trainor (P42449) | Michael S. Bogren (P34835) |
| Shawn C. Cabot (P64021) | Robert A. Callahan  (P47600) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| CHRISTOPHER TRAINOR & ASSOCIATES | PLUNKETT COONEY |
| 9750 Highland Road | 333 Bridge St., NW Suite 530 |
| White Lake, Michigan   48386 | Grand Rapids, Michigan 49504 |
| (248-886-8650) | (616-763-4600) |
| Shawn.cabot@cjtrainor.com | mbogren@plunkettcooney.com |
| | rcallahan@plunkettcooney.com |

## STIPULATED ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel hereto, that the above-captioned matter is dismissed, with prejudice and without costs.

**IT IS SO ORDERED.**

Dated:  May 22, 2020

      /s/ Gordon J. Quist
UNITED STATES DISTRICT JUDGE

Approved as to content
and form:

__/s/ Shawn C. Cabot_____
Shawn C. Cabot (P64021)
Attorney for Plaintiff

__/s/ Robert A. Callahan_____
Robert A. Callahan  (P47600)
Attorney for Defendants